**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
Martin Rosado Rivas,                                    Index No.: 1:21-cv-04316

                        *Plaintiff*,                 **NOTICE OF APPEARANCE**

    -*against*-

BX Parking LLC, Shree Deshmukh, as an individual,
Yantzi D. Adames, as an individual,

                        *Defendants*.
-----------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants BX Parking LLC, Shree Deshmukh, and, Yantzi D. Adames (collectively, the "Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

                LEVIN-EPSTEIN & ASSOCIATES, P.C.
                60 East 42nd Street, Suite 4700
                New York, New York 10165

Dated: June 14, 2021
       New York, New York

                By:    /s/*Jason Mizrahi*
                          Jason Mizrahi, Esq.
                          Levin-Epstein & Associates, P.C.
                          60 East 42nd Street, Suite 4700
                          New York, New York 10165
                          Telephone: (212) 792-0048
                          Email: Jason@levinepstein.com