**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
Martin Rosado Rivas,                                    Index No.: 1:21-cv-04316

        *Plaintiff*,         **NOTICE OF APPEARANCE**

  -*against*-

BX Parking LLC, Shree Deshmukh, as an individual,
Yantzi D. Adames, as an individual,

        *Defendants*.
----------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants BX Parking LLC and, Yantzi D. Adames (together, the "Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

      LEVIN-EPSTEIN & ASSOCIATES, P.C.
      60 East 42nd Street, Suite 4700
      New York, New York 10165


Dated: June 14, 2021
   New York, New York


        By: /s/*Joshua D. Levin-Epstein*
           Joshua D. Levin-Epstein, Esq.
           Levin-Epstein & Associates, P.C.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Telephone: (212) 792-0046
           Email: Joshua@levinepstein.com