```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/16/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Martin Rosado Rivas,                                   Index No.: 1:21-cv-04316

                        *Plaintiff*,         **STIPULATION**

      -*against*-

BX Parking LLC, Shree Deshmukh, as an individual,
Yantzi D. Adames, as an individual,

                        *Defendants*.
------------------------------------------------------------------X

      Defendants BX Parking LLC and Yantzi D. Adames (collectively, the "Defendants"), by their undersigned counsel, agree and stipulate with Plaintiff Martin Rosado Rivas (the "Plaintiff"), by his undersigned counsel, as follows:

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **July 14, 2021**;

      IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to personal jurisdiction due to improper service of process; and

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:   New York, New York
            June 14, 2021

| RAYMOND NARDO, P.C. | LEVIN-EPSTEIN & ASSOCIATES, P.C. |
|---|---|
| By:   */s/ Raymond Nardo* | By: */s/ Jason Mizrahi* |
|     Raymond Nardo |     Jason Mizrahi |
|     129 Third Street |     60 East 42nd Street, Suite 4700 |
|     Mineola, NY 11501 |     New York, New York 10165 |
|     Tel. No.: (516) 248-2121 |     Tel. No.: (212) 792-0048 |
|     Email: raymondnardo@gmail.com |     Email: Jason@levinepstein.com |
|     *Attorneys for Plaintiff* |     *Attorneys for Defendants BX Parking LLC and Yantzi D. Adames* |

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2021