# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **raymondnardo@gmail.com**

August 30, 2021

**Via ECF**

The Honorable Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Rivas v. BX Parking LLC, et. al.*
            21-CV-04316 (ALC)

Dear Judge Carter:

I represent the Plaintiff in the above matter. The mediation was not successful. The parties request a scheduling conference.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

cc: Jason Mizrahi, Esq. (by ECF)