# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

**Phone: (516)248-2121 | Fax: (516)742-7675 | Email nardo@raynardo.com**

**VIA ECF**  June 3, 2022

Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Rivas v. BX Parking LLC, et. al.
              21-CV-04316 (ALC)

Dear Judge Wang:

    I represent Plaintiff in the above matter. The parties have chosen to convert the Conference scheduled for June 8, 2022 into a status conference. They will pursue settlement negotiations independently. Defendants consent to the substance of this letter.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      RAYMOND NARDO, ESQ.

cc:    Jason Mizrahi, Esq. (by ECF)