USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_7/11/2022\_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN ROSADO RIVAS,

                Plaintiff,

    -against-

BX PARKING LLC, Shree Deshmukh, as an individual, Yantzi D. Adames, as an individual,

                Defendants.

**21-CV-4316 (ALC)**

**JUDGMENT**

    WHEREAS Defendants, by their counsel, Joshua D. Levin-Epstein, having offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment in favor of Plaintiff to be taken against them in the amount of $21,000.00, including attorney fees, costs, and other expenses now accrued; the offer of judgment is made for purposes specified in Rule 68, Plaintiffs, through RAYMOND NARDO, P.C., having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated June 13, 2022, and the matter having come before this Court, the Court now renders it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case, and it is hereby:

    ORDERED, ADJUDGED, AND DECREED, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the

Clerk shall enter judgment in the amount of Twenty-One Thousand Dollars ($21,000), jointly and severally against Defendants, including attorney's fees and costs now accrued, payable as follows: $3,500 per month to Raymond Nardo, P.C., delivered to Raymond Nardo, P.C., 129 Third Street, Mineola, NY 11501, commencing 10 days after the offer of judgment is accepted, payable each month thereafter, until the balance is paid in full, at which time Plaintiff shall file a satisfaction of judgment.

Accordingly, judgment is entered against Defendants and the case is closed against Defendants.

Dated: July 11, 2022

Andrew L. Carter Jr.,
U.S.D.J.