```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARTIN ROSADO RIVAS,<br><br>                    Plaintiff,<br>    -against-<br><br>BX PARKING LLC, Shree Deshmukh, as an individual, Yantzi D. Adames, as an individual,<br><br>                    Defendants. | 21-CV-4316 (ALC)<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 11th day of July, 2022 in favor of Plaintiff Martin Rosado Rivas and against Defendants BX PARKING LLC, Shree Deshmukh, as an individual, Yantzi D. Adames, in the amount of $21,000 plus interest from the 11th day of July, 2022, with no costs to be taxed, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

NOW, THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:   New York, NY
         March 4, 2023

                                        RAYMOND NARDO, P.C.

                              By:       /s/
                                        Counsel for Plaintiff
                                        129 Third Street
                                        Mineola, NY 11501
                                        (516) 248-2121
                                        Nardo@Raynardo.com

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )

On the 6th day of MARCH, 2023 before me personally came RAYMOND NARDO to me known and known to be a member of the firm of RAYMOND NARDO, P.C., counsel for Plaintiff, MARTIN ROSADO RIVAS, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_Andrew P Tammaro_
Notary Public

ANDREW P TAMMARO
Notary Public - State of New York
NO. 01TA6142867
Qualified in Nassau County
My Commission Expires 03/27/2026